UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BC DENTAL, INC. ET AL., | ) CASE NO.: |
| --- | --- |
| Plaintiffs | ) 2:23-cv-02329-SVW-JC ) |
| vs. | ) JUDGMENT ) |
| ROBINSON HELICOPTER CO., INC. ET AL., | ) ) ) |
| Defendants. | ) |

Judgment is entered for Defendant Robinson Helicopter Co., Inc. and against Plaintiffs BC Dental et al., pursuant to the Court's order dated April 3, 2024.

DATE: April 3, 2024

_____
STEPHEN V. WILSON, U.S. DISTRICT JUDGE