UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-02329-SVW-JC | Date | June 5, 2025 |
|---|---|---|---|
| Title | BC Dental, Inc. et al v. Robinson Helicopter Company, Incorporated et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**      IN CHAMBERS ORDER DISMISSING ACTION

The Court, on April 3, 2024, issued judgment for Defendant Robinson Helicopter Co., Inc. and against Plaintiffs BC Dental.

The Court ORDERS the case closed.

|  | : |
|---|---|
| Initials of Preparer | PMC |